IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-02064 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1-2<br>   18 U.S.C. § 2261A(2): Stalking |
| EVAN ROBERT STALKER, | Counts 3-5<br>   18 U.S.C. § 875(c): Transmitting a Threatening Communication in Interstate Commerce |
| Defendant. | Count 6<br>   18 U.S.C. § 922(g)(4): Possession of Ammunition by a Prohibited Person |

The Grand Jury charges:

### Count 1

### Stalking

Between on or about April 10, 2024, and April 30, 2024, in the Northern District of Iowa, defendant EVAN ROBERT STALKER, with the intent to harass and intimidate another person, used facilities of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Individual-1.

This was in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

## Count 2

**Stalking With Use of a Dangerous Weapon During the Offense and In Violation of a Protective Order**

Between on or about June 8, 2024, and July 9, 2024, in the Northern District of Iowa, defendant EVAN ROBERT STALKER, with the intent to harass and intimidate another person, used facilities of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Individual-1. Defendant EVAN ROBERT STALKER committed this offense in violation of a protection order issued in the Iowa District Court for Floyd County against defendant and in favor of Individual-1. Defendant EVAN ROBERT STALKER used a dangerous weapon during the offense.

This was in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(3), (b)(5), and (b)(6).

## Count 3

**Transmitting a Threatening Communication in Interstate Commerce**

On or about June 22, 2024, in the Northern District of Iowa, defendant EVAN ROBERT STALKER did knowingly transmit in interstate commerce a communication containing a true threat to injure another person, for the purpose of issuing a true threat and with knowledge that the communication would be viewed by another person as a true threat, in that defendant called Individual-1 and stated,

> You guys should have just let shit be. Now we have no choice but to take drastic measures against [unintelligible]. You guys are fucking with the wrong people. We have many people watching every move you make. We know what your mom drives. We know where she goes

and what she does, and we will take drastic measures to end her life. She's fucking with the wrong people. This is not a fucking joke. We don't fuck around. We know everything, and we will take drastic measures. We can promise you this.

This was in violation of Title 18, United States Code, Section 875(c).

## Count 4

**Transmitting a Threatening Communication in Interstate Commerce**

On or about July 9, 2024, in the Northern District of Iowa, defendant EVAN ROBERT STALKER did knowingly transmit in interstate commerce a communication containing a true threat to injure another person, for the purpose of issuing a true threat and with knowledge that the communication would be viewed by another person as a true threat, in that defendant called Individual-1 and stated:

> Call the cops, bitch. You fucking stupid bitch. Call the cops. Fucking scaredy little bitch. Fucked with the wrong one, I told you that. You shouldn't have fucking went to the fucking courts, you fucking stupid bitch. This ain't no fucking game to me, bitch. Call the cops. You think I'm fucking scared of the cops? You think I'm fucking scared of you guys, you fucking stupid fucking bitch? I'm gonna shoot your whole fucking car up. Stupid bitch, you didn't even fucking deserve that fucking thing. I'm gonna come over there and shoot your fucking car up just like my fucking goons have been. We've been fucking shooting at your shit, you fucking scared bitch. Fuck around on someone else. Fuck people over, see what happens. See what happens, bitch. You fucked with the wrong one, I promise you. We're gonna fuck all your shit up.

This was in violation of Title 18, United States Code, Section 875(c).

## Count 5

**Transmitting a Threatening Communication in Interstate Commerce**

On or about July 9, 2024, in the Northern District of Iowa, defendant EVAN ROBERT STALKER did knowingly transmit in interstate commerce a

communication containing a true threat to injure another person, for the purpose of issuing a true threat and with knowledge that the communication would be viewed by another person as a true threat, in that defendant called Individual-1 and stated,

- I will fucking light your whole fucking house up with an arsenal of weapons. I will fuck your whole world up. This ain't a goddamn fucking game to me, bitch. You're fucking with the wrong one. You're fucking with the wrong one, bitch.

- You really want to see what I'm about? I will fucking fuck your whole world up. You think I ain't about shit? You fucking tell me all this shit like my parents [unintelligible]. Meanwhile, I fucking shoot my whole dad's house up for taking my Second Amendment rights away. And you want to go to the fucking courts and you want to tell them that I'm not supposed to have guns and all this fucking shit, your stupid bitch mom, your stupid fucking stupid mom . . . . I will fuck her whole world up too. Go to the fucking courts again, you stupid fucking idiots. Go again.

- I got fucking people that will show up at your fucking doorstep and gladly fuck your whole life up. Gladly. Gladly. All I gotta do is tell 'em, do it. All I gotta do is tell 'em, do it. I don't even have to give 'em any money. You stupid fucks.

- You're fucking with the wrong one, bitch. I will fucking end everything for you. I will shoot everything up. I will fucking burn your whole fucking house down. Try me.

- You think I'm fucking scared to fuck all your guys' life up? You don't fucking– You don't got a clue, bitch. I will fucking end you. Fuck around and find out! Fuck around and find out! Call the fucking feds, you fucking faggots. I will fucking start your whole house on fire, you dumbass bitch.

This was in violation of Title 18, United States Code, Section 875(c).

## Count 6

### Possession of Ammunition by a Prohibited Person

On or about July 9, 2024, in the Northern District of Iowa, defendant EVAN ROBERT STALKER, knowing that he had previously been committed to a mental

4

institution, knowingly possessed ammunition, specifically, fifteen rounds of Remington .380 Auto caliber ammunition, and the ammunition was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(8).

LEIF OLSON
United States Attorney

By: /s/

KYNDRA LUNDQUIST
Assistant United States Attorney

A TRUE BILL

_____ 10/22/25
Grand Jury Foreperson        Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 10/22/2025
PAUL DE YOUNG, CLERK

5